IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**BARBOUR INTERNATIONAL, INC.**                                                                    **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO. 3:07cv257-TSL-JCS**

**PERMASTEEL, INC. f/k/a**
**PERFECTGLO, INC. a/k/a**
**BAKER SALES, INC.**                                                                                 **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on for hearing on the joint motion *ore tenus* of the Plaintiff, Barbour International, Inc., and Defendant, Permasteel, Inc. f/k/a PerfectGlo, Inc. a/k/a Baker Sales, Inc., to dismiss any and all claims of Plaintiff with prejudice, and the parties having appeared and announced that this cause has been fully compromised and settled as between the parties, pursuant to the mutual consideration as set forth in the Mutual Release and Settlement Agreement entered into between the parties, and that there remain no issues to be litigated by or between the parties, nor adjudicated and determined by the Court as between them, and the parties having consented to the entry of this Order and agreeing that Barbour International, Inc.'s claims should be dismissed with prejudice with the parties to bear their own costs, and the Court being fully advised in the premises, finds that the joint motion to dismiss Barbour International, Inc.'s claims against Defendant with prejudice is well taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that Plaintiff, Barbour International, Inc.'s cause of action against the Defendant, Permasteel, Inc. f/k/a PerfectGlo, Inc. a/k/a Baker Sales, Inc., be and the same hereby is dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 24th of August, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE

**AGREED AND APPROVED BY:**


  /s/ Walker R. Gibson
Walker R. Gibson, Esq.
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
Post Office Box 6020
Ridgeland, MS 39158-6020

Attorney for Plaintiff
Barbour International, Inc.



  /s/ Paul S. Chan
Paul S. Chan, Esq.
John K. Rubiner, Esq.
Bird Marella
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

Attorneys for Defendant
Permasteel, Inc. f/k/a PerfectGlo, Inc. a/k/a Baker Sales, Inc.